IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KAY F. FARRELLY** | : | CIVIL ACTION |
| | : | NO. CCB 08CV1992 |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **ACME MARKETS, INC., et al.,** | : | |
| | : | |
| **Defendants.** | : | |

### MOTION FOR SUMMARY JUDGMENT
### OF DEFENDANTS ACME MARKETS, INC. AND ALBERTSONS, INC.

Defendants Acme Markets, Inc. and Albertsons, Inc. ("Defendants") hereby move this Court pursuant to Federal Rule of Civil Procedure 56 for an Order granting summary judgment in favor of Defendants. The grounds upon which this Motion is based are as follows:

1. There are no genuine issues of material fact.

2. Plaintiff cannot bring a claim under the Maryland Fair Employment Practices Act because there exists no private right of action.

3. Plaintiff cannot establish a *prima facie* case of discrimination under the Americans with Disabilities Act because she is not "disabled" under the law.

4. Plaintiff cannot meet her burden of proving that Defendants' reason for terminating her employment is a pretext for intentional disability discrimination.

5. Plaintiff is barred from bringing a failure to accommodate claim by her failure to exhaust administrative remedies.

6. Plaintiff's requested "accommodation" was not necessary to perform the essential functions of her position.

2

In support of this Motion, Defendants rely upon the Memorandum of Law and Appendix submitted herewith.  For all of the reasons set forth in its Memorandum of Law, Defendants respectfully request that judgment be entered in their favor.

>Respectfully submitted,
>
>*/s/ Elizabeth A. Malloy*
>Elizabeth A. Malloy, Esq. (admitted *pro hac vice*)
>Peter J. Duhig, Esq.
>BUCHANAN INGERSOLL & ROONEY PC
>Two Liberty Place
>50 S. 16th Street, Suite 3200
>Philadelphia, PA 19102-2555
>(215) 665-5310
>Attorneys for Defendants
>Acme Markets, Inc. and Albertsons, Inc.

Dated:  September 15, 2010

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2010, I caused a true and correct copy of the Defendants Acme Market, Inc. and Albertsons, Inc.'s Motion for Summary Judgment, Memorandum of Law in Support thereof, Appendix and proposed Order to be filed via the Official Court Electronic Document Filing System and thus is available for viewing, and has been served upon Plaintiff sending same by first class mail to the following:

> Kevin Owen, Esquire
> The Law Office of Gary M. Gilbert & Associates
> 8401 Colesville Road, Suite 300
> Silver Spring, MD   20910

> */s/ Elizabeth A. Malloy*
> Elizabeth A. Malloy

#2173392-v1