IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KAY F. FARRELLY | : | CIVIL ACTION |
| | : | NO. CCB 08CV1992 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ACME MARKETS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

APPENDIX IN SUPPORT OF
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Elizabeth Malloy, Esquire (*admitted pro hac vice*)
Peter Duhig, Esquire
Buchanan Ingersoll & Rooney, PC
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Phone: (215) 665-5310

*Attorneys for Defendants
Acme Markets, Inc. and Albertsons, Inc.*

# TABLE OF EXHIBITS

| Description | Tab |
|---|---|
| Excerpts, Deposition of Kay Farrelly (Day 1, July 12, 2010) | 1 |
| Excerpts, Deposition of Kay Farrelly (Day 2, August 9, 2010) | 2 |
| Declaration of Joan Williams | 3 |
|     Exhibit A, Store Work Rules (D-138-D-143) | A |
|     Exhibit B, Store Work Rules (D-677-D-680) | B |
|     Exhibit C, Company Retail Policies (D-48-D-60) | C |
|     Exhibit D, Sexual & Workplace Harassment Policy (D-079) | D |
|     Exhibit E, Courtesy, Dignity, Respect Pamphlet (D-44-D45) | E |
|     Exhibit F, Code of Business Conduct (D-268-D-274) | F |
|     Exhibit G, Non-Harassment, Non Discrimination Policy (D-047) | G |
|     Exhibit H, Equal Employment Opportunity Policy (D-046) | H |
|     Exhibit I, Involuntary Terminations Chart (D-903-D-905) | I |
|     Exhibit J, Time Clock Punches (D-1057-D-1063) | J |
| Declaration of Stuart Brittingham | 4 |
|     Exhibit A, Statement of Terry Passwaters (D-335-D-337) | A |
|     Exhibit B, Statement of Scott Baker (D-338) | B |
|     Exhibit C, UPC Report (D-719) | C |
|     Exhibit D, Receipt (D-340) | D |
|     Exhibit E, Statements of Stuart Brittingham (D-649, D-667) | E |
| June 26, 2006 Notes of Jeanette M.S. Zaimes, M.D. (470) | 5 |
| Counseling-Conference Memo (D-199) | 6 |
| Request Off Form (D-237) | 7 |
| Request Off Form (D-262) | 8 |
| Request Off Form (D-264) | 9 |
| Plaintiff's Calendar, November-December 2005 (p. 28-29) | 10 |
| June 7, 2006 Note from Jeanette M.S. Zaimes, M.D. (D-285) | 11 |
| February 22, 2007 Letter | 12 |
| August 9, 2007 Email | 13 |
| May 3, 2007 EEOC Charge | 14 |
| January 10, 2007 Letter (043-044) | 15 |
| July 27, 2006 Letter (D-331) | 16 |
| March 26, 2007 EEOC Charge | 17 |
| Dismissal and Notice of Rights (807) | 18 |
| Application Summary for Disability Insurance Benefits (073-077) | 19 |
| Notice of Award (081-082) | 20 |